# Order

**Lansing, Michigan**

July 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 535

130245

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,
        Cross-Appellee,

v

RANDY R. SMITH,
        Defendant-Appellee,
        Cross-Appellant.
_____

SC: 130245
COA: 256066
Oakland CC: 2003-193910-FC

In this cause, a motion for rehearing is considered and it is DENIED.

Cavanagh and Kelly, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2007

Clerk